No. 87–6388. WHITTINGTON v. CUNNAGIN, LAUREL COUNTY ATTORNEY, ON BEHALF OF ENGLERT, ET AL., 485 U. S. 979. Motion of petitioner for leave to file petition for rehearing out of time denied.

JUNE 6, 1988

No. 87–1629. NATIONAL CAN CORP. ET AL. v. WASHINGTON DEPARTMENT OF REVENUE; and

No. 87–1767. TYLER PIPE INDUSTRIES, INC. v. WASHINGTON DEPARTMENT OF REVENUE. Appeals from Sup. Ct. Wash. dismissed for want of jurisdiction. Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari denied. JUSTICE WHITE, JUSTICE STEVENS, and JUSTICE SCALIA would note probable jurisdiction and set cases for oral argument. Reported below: 109 Wash. 2d 878, 749 P. 2d 1286.

No. 87–1708. TIERNEY ET AL. v. PLANNED INDUSTRIAL EXPANSION AUTHORITY OF KANSAS CITY, MISSOURI, ET AL. Appeal from Sup. Ct. Mo. dismissed for want of properly presented federal question.

No. 87–1811. VOINCHE v. UNITED STATES DEPARTMENT OF JUSTICE ET AL. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–6725. MULLIS v. UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1840. SOLYOM ET AL. v. MARYLAND-NATIONAL CAPITAL PARK AND PLANNING COMMISSION ET AL. Appeal from Ct. Sp. App. Md. dismissed for want of substantial federal question.

No. D–667. IN RE DISBARMENT OF SMITH. Disbarment entered. [For earlier order herein, see 485 U. S. 951.]